UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 14, 2009**

Mr. James W. Tilley
Watts, Donovan & Tilley, P.A.
200 South Commerce Street
Suite 200
Little Rock , AR 72201-1769

    Re:    *Westphal v. Lase Med, Inc., et al.*, No. 4:09-CV-00099-WRW

Dear Mr. Tilley:

Since a corporation cannot represent itself "pro se" what do you suggest that I do, i.e., if you are no longer going to be the lawyer, have arrangements been made to substitute counsel? Please advise.

    Cordially,

    /s/ Wm. R. Wilson, Jr.


Original to the Clerk of the Court
cc:    Other Counsel of Record