**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 1, 2009**

Mr. Todd Griffin
Attorney at Law
415 North McKinley
Suite 1000
Little Rock, AR 72205

Mr. Joseph P. Ward -- *pro se*
14 Nevada Lane
Cabot, AR 72023

     Re: *Therese Westphal v. Lase Med, Inc. et al.* -- 4:09-CV-00099-WRW

Dear Counsel:

I have received Plaintiff's Motion to Compel,[1] which was filed on November 16, 2009, and it appears to be well taken.

I assume that since you have not filed a response,[2] you agree with Plaintiff's position.  If you choose not to respond by 12:00 noon on Tuesday, December 8, 2009, I will grant the motion.

            Cordially,

            /s/ Wm. R.Wilson,Jr.

Original to the Clerk of the Court
cc:     Other Counsel of Record

---

[1]Doc. No. 35.

[2]The response was due on Monday, November 30, 2009.