# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THERESE WESTPHAL**                                                                                            **PLAINTIFF**

**v.**                                                   **4:09-CV-00099-WRW**

**LASE MED INC.,** *et al***.**                                                                **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Compel (Doc. No. 35).

The Motion was filed on November 16, 2009, and a response was due on Monday, November 30, 2009. No response was filed.

A December 1, 2009, Order[1] directed Defendants to respond to the Motion by 12:00 noon on Tuesday, December 8, 2009, or the Motion would be granted. No response has been filed. Accordingly, Plaintiff's Motion to Compel is GRANTED. Defendants Lase Med and Carpenter are directed to provide Plaintiff with the requested discovery by 5:00 p.m., Monday, December 21, 2009. The response must be plenary.

IT IS SO ORDERED this 9th day of December, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 40.