IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THERESE WESTPHAL                                                                    PLAINTIFF

vs.                                   CASE NO.  4:09cv00099 JMM

LASE MED, INC., et al                                                             DEFENDANTS

ORDER

Based on information received from Magistrate Judge Jerome T. Kearney's office, the referral to conduct a settlement conference is withdrawn.

IT IS SO ORDERED this 24th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE