# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THERESE WESTPHAL**                                                        **PLAINTIFF**

V.                                    4:09CV00099 JMM

**LASE MED INC.; ANTONELLA**
**CARPENTER, Individually;**
**JOSEPH P. WARD, M.D., Individually;**
**LASE MED INC. OF ARKANSAS**                                   **DEFENDANTS**

## ORDER

The Clerk is directed to list Defendant Antonella Carpenter as proceeding pro se with her last known address as:

Antonella Carpenter
c/o Lase Med, Inc.
500 North Poplar Avenue, Ste. A
Broken Arrow, OK 74012
(918) 398-9577
(918) 398-4488 fax

The Clerk is also directed to send copies of the Court's Orders dated April 7, 2011 and April 11, 2011 to Defendant Carpenter by certified mail.

As a reminder, Lase Med Inc. and Lase Med Inc. of Arkansas have until May 7, 2011 to retain counsel. Defendant Carpenter, if proceeding pro se, is required to be familiar with and comply with all Federal Rules of Civil Procedure and Local Rules of this Court.

IT IS SO ORDERED this 12th day of April, 2011.

_____
James M. Moody
United States District Judge