IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THERESE WESTPHAL                                                                                PLAINTIFF

Vs.                              CASE NO.   4:09cv00099 JMM

LASE MED, INC., et al                                                                           DEFENDANTS

<u>ORDER</u>

The jury trial in the above case will begin with a pretrial conference on **Monday, June 13, 2011 at 9:15 a.m.**  Jury selection will begin at **2:00 p.m.**, Courtroom 4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas.

An exhibit and witness list (these must be separate lists) must be prepared and presented to the Court (with copies to opposing counsel) prior to the pretrial conference. A form for listing the exhibits and witnesses is attached.

Exhibits need to be **pre-numbered** on the exhibit list and on the exhibit.  You do not have to use all of the exhibits listed, and you do not have to use them in order.  They must be pre-numbered, however.  Any exhibit added during trial must follow the last numbered exhibit on your list.

If you will have a video, video portion, cassette tape, etc., you should have an exact transcript of the portion to be introduced into evidence made as an exhibit on your exhibit list (though the transcript would not go to the jury).

The Clerk is requested to provide a copy of this order to Defendants Antonella Carpenter and Joseph P. Ward by certified mail.

IT IS SO ORDERED this 6th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE