# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THERESE WESTPHAL**                                                    **PLAINTIFF**

V.                                **4:09CV00099 JMM**

**LASE MED INC.;**
**ANTONELLA CARPENTER, Individually;**
**JOSEPH P. WARD, M.D., Individually;**
**JOSEPH P. WARD, M.D., P.A.;**
**LASE MED INC. OF ARKANSAS**                          **DEFENDANTS**

## JUDGMENT ON JURY VERDICT

This action came on for trial June 13, 2011, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned verdicts on June 14, 2011. The jury found in favor of the Plaintiff and against Defendants Lase Med Inc. and Antonella Carpenter, Individually, on the negligence, fraud, and Arkansas Deceptive Trade Practices Act claims. On Plaintiff's oral motion, the Court dismissed without prejudice Plaintiff's claims against Defendants Lase Med Inc. of Arkansas, Joseph P. Ward, M.D., Individually, and Joseph P. Ward, M.D., P.A.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff is awarded $500,000.00 in compensatory damages against Defendants Lase Med Inc. and Antonella Carpenter, Individually. Plaintiff is awarded $1,000,000.00 against Defendant Lase Med Inc. for punitive damages. Plaintiff is awarded $1,000,000.00 against Defendant Antonella Carpenter, Individually, for punitive damages.

Dated this 16th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE